DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pwfirm.com
MATTHEW A. PEARSON (Bar No. 291484)
  mapearson@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

RENNER K. WALKER (Bar No. 295889)
  rwalker@hausfeld.com
STEVEN M. NATHAN (Bar No. 153250)
  snathan@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: (646) 357-1100
Facsimile: (212) 202-4322

*Attorneys for Plaintiff and the Proposed Class*

PEARSON WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JASON HELLERMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FLOCK GROUP, INC. d/b/a Flock Safety,<br><br>    Defendant. | CASE NO. 2:26-cv-00515-MCS-RAO<br><br>**CLASS ACTION**<br><br>**PLAINTIFF JASON HELLERMAN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Assigned to the Honorable Mark C. Scarsi |

1051202.1

PLAINTIFF JASON HELLERMAN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Jason Hellerman, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses *without prejudice* all his individual claims in this action against Defendant Flock Group, Inc. d/b/a Flock Safety. Defendant has not served an answer or motion for summary judgement in this action.

DATED:  February 4, 2026          **PEARSON WARSHAW, LLP**

By:  ___/s/ *Daniel L. Warshaw*___
          DANIEL L. WARSHAW

Daniel L. Warshaw (CA Bar No. 185365)
Matthew A. Pearson (CA Bar No. 291484)
dwarshaw@pwfirm.com
mapearson@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Renner K. Walker (CA Bar No. 295889)
Steven M. Nathan (CA Bar No. 153250)
Gisela Rosa*
Jacob Leiken*
rwalker@hausfeld.com
snathan@hausfeld.com
zrosa@hausfeld.com
jleiken@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: (646) 357-1100
Facsimile: (212) 202-4322

PEARSON WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

James J. Pizzirusso*
Ida Abhari (CA Bar No. 346569)
jpizzirusso@hausfeld.com
iabhari@hausfeld.com
**HAUSFELD LLP**
1201 17th Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

*Attorneys for Plaintiff and the Proposed Class*

*Pro Hac Vice Forthcoming*

PEARSON WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

PLAINTIFF JASON HELLERMAN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE